```
                    FILED
              CLERK, U.S. DISTRICT COURT

                   NOV - 4 2008

              CENTRAL DISTRICT OF CALIFORNIA
              BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN BLAIR BANISTER,<br><br>    Defendant. | Case No.: CR-1258-RSWL<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br> 18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL DIST. OF CA. for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no known bail resources and based on the other_

1    *information contained in the pretrial services Report;*
2    *History of failure to comply with probation supervision*
3
4    *and/or*
5 B.   (✓) The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
9      on: *the information contained in the Pretrial services*
10     *Report + for the reasons stated on the record.*
11
12
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated: *November 4, 2008*
18
19                                              /s/ Jennifer T. Lum
20                                          JENNIFER T. LUM
                                            UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28